**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 6:18-CR-00004-JDK |
| v. | § | |
| | § | |
| | § | |
| SHEDRICK LASHAE DONNELL | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties did not file objections to the Report and the period in which to do so has passed.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Shedrick Lashae Donnell be sentenced to a prison term of 5 months with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve his sentence at FCI Seagoville, Texas if available.

1

So **ORDERED** and **SIGNED** this **26th** day of **April, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE